UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARLO THOMAS, | Case No. 2:17-cv-00475-RFB-VCF |
| Petitioner, | **ORDER** |
| v. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

     In this capital habeas corpus action, the petitioner, Marlo Thomas, filed an amended habeas petition (ECF No. 11), along with several exhibits (ECF Nos. 12-21), on August 1, 2017.

     Thomas also filed a Motion to Partially Waive Local Rule IA 10-3(e) (ECF No. 10). In that motion, Thomas requests a waiver of the Court's local rule that generally requires, with respect to filed exhibits, that the exhibits' cover sheets contain descriptions of the exhibits. See LR 10-3(e).The Court's local rules were recently amended, with the amendments effective August 1, 2017. Among the amendments is a new rule, LSR 3-3(b), which states, with regard to exhibits filed in habeas corpus cases: "The cover sheet for each exhibit need only reference the number or letter of the exhibit; the cover sheet need not include a descriptor of the exhibit." Therefore, LR IA 10-3(e) no longer applies in habeas corpus cases. Thomas' motion is unnecessary and moot, and it will be denied on those grounds.

/ / /

/ / /

/ / /

1       **IT IS THEREFORE ORDERED** that petitioner's Motion to Partially Waive Local Rule

2  IA 10-3(e) (ECF No. 10) is **DENIED** as unnecessary and moot.

3

4       DATED this <u>8th</u> day of August, 2017.

5

6                                       RICHARD F. BOULWARE, II
                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28