# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARLO THOMAS,

    Petitioner,                                       2:17-cv-00475-RFB-VCF

vs.

                                                **ORDER**

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

In this capital habeas corpus action, the petitioner, Marlo Thomas, filed an amended habeas petition on August 1, 2017 (ECF No. 11). The respondents were then due to respond to the amended petition by October 2, 2017. *See* Order entered July 14, 2017 (ECF No. 9) (60 days for response). On September 29, 2017, respondents filed a motion for an extension of time (ECF No. 23), requesting a 45-day extension of time, to November 16, 2017.

Then, on October 26, 2017, Thomas filed a motion for stay (ECF No. 27), requesting a stay of this action while he returns to state court to exhaust certain of his claims. Respondents were due to respond to that motion by November 9, 2017. *See* LR 7-2(b). On November 9, respondents filed another motion for extension of time (ECF No. 28), this one requesting a 35-day extension of time, to December 14, 2017, to respond to the motion for stay. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of the complexity

of this case and his obligations in other cases.  Petitioner does not oppose the motion for extension of time.  The Court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.  The Court will grant this motion for extension of time.

In view of the filing of the motion for stay, in the interests of judicial economy, the Court will also grant respondents' motion for an extension of time to respond to Thomas' amended petition, and will suspend that response pending the resolution of the motion for stay.

**IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 23) is **GRANTED**.  Respondents' response to petitioner's amended petition will be suspended pending the resolution of the motion for stay.  The Court will set a new due date for respondents' response to the amended petition, if necessary, after the motion for stay is resolved.

**IT IS FURTHER ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 28) is **GRANTED**.  Respondents will have until and including **December 14, 2017**, to respond to petitioner's motion for stay (ECF No. 27).

Dated this 14th day of November, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE