# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARLO THOMAS,

    Petitioner,                                              2:17-cv-00475-RFB-VCF

vs.

                                                    **ORDER**

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

In this capital habeas corpus action, the petitioner, Marlo Thomas, filed a motion for stay on October 26, 2017 (ECF No. 27). After an extension of time (ECF No. 29), respondents were to respond to that motion by December 14, 2017.

On December 14, 2017, respondents filed a motion for reconsideration (ECF No. 31), requesting reconsideration of the Court's order (ECF No. 9) accepting Thomas' waiver of a conflict disclosed by his counsel, the Federal Public Defender for the District of Nevada (FPD).

Also on December 14, 2017, respondents filed a motion for extension of time (ECF No. 30), requesting that their response to the motion for stay be suspending pending the resolution of the motion for reconsideration. Based on a review of the record, the Court finds it appropriate to extend the Respondents' time to respond to the motion to stay but not to extend the time until the motion for

reconsideration has been decided.

**IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 30) is **GRANTED in part**. Respondents' response to petitioner's motion for stay (ECF No. 27) is due by January 9, 2018.

Dated this 19th day of December, 2017.

_____
RICHARD FRANKLIN BOULWARE II
UNITED STATES DISTRICT JUDGE