**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARLO THOMAS,

    Petitioner,

vs.

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

2:17-cv-00475-RFB-VCF

**ORDER**

In this capital habeas corpus action, the petitioner, Marlo Thomas, filed a motion for stay on October 26, 2017 (ECF No. 27). Respondents filed an opposition to that motion on January 9, 2018 (ECF No. 35). Thomas was due to file a reply to respondents' opposition to the motion on January 16, 2018. *See* LR 7-2(d) (7 days for reply).

On January 16, 2018, Thomas filed a motion for extension of time (ECF No. 37), requesting a 21-day extension of time -- to February 6, 2018 -- for his reply in support of his motion for stay. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of her obligations in another case, and because of a period of mandatory administrative leave. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 37) is **GRANTED**. Petitioner shall have until February 6, 2018, to file a reply in support of his motion for stay.

DATED this 18th day of January, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE