# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARLO THOMAS,<br><br>      Petitioner,<br><br>  v.<br><br>JEREMY BEAN, *et al.*,<br><br>      Respondents. | Case No. 2:17-cv-00475-RFB-MDC<br><br>**ORDER** |

This capital habeas corpus action has been stayed since August 23, 2018. ECF No. 42. Respondents move to vacate the stay (ECF No. 64) so that they may file a suggestion of death with an attached email indicating that petitioner, Marlo Thomas, died on January 16, 2025. ECF No. 65. Petitioner's counsel does not oppose the motion. ECF No. 66. Good cause appearing, the court will grant Respondents' motion. With Mr. Thomas's passing, this action is now moot and will be dismissed. See Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005); see also Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot on account of the petitioner's death).

**IT IS THEREFORE ORDERED** that Respondents' motion to vacate stay (ECF No. 64) is **GRANTED**. The stay in this case is lifted for the limited purpose of allowing Respondents to file a suggestion of death for the Petitioner.

///

///

///

1  **IT IS FURTHER ORDERED** that this action is **DISMISSED** as moot on account of Petitioner Marlo Thomas' death. The Clerk of the Court is directed to close this case.

**DATED:** April 24, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**